```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**LEVAR T. HENRY**

                      **Plaintiff,**

      **- against –**                **17-cv-3450 (JGK)**

**THE CITY OF NEW YORK, ET AL.,**       **ORDER**

                      **Defendants.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

Any dispositive motions should be filed by **November 15, 2020**. The Court notes that prior to filing such a motion, the party should request a pre-motion conference.

    **SO ORDERED.**

**Dated:**    **New York, New York**
             **September 14, 2020**

                                       /s/ John G. Koeltl
                                           **John G. Koeltl**
                              **United States District Judge**