UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LEVAR T. HENRY

                    Plaintiff,        17 cv 3450 (JGK)

                                              ORDER

    - against -

THE CITY OF NEW YORK, ET AL.,

                    Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants' motion for summary judgment is due **December 11, 2020**. The plaintiff's response is due **January 8, 2021**. The defendants' reply is due **January 29, 2021**.

    SO ORDERED.

Dated:    New York, New York
           November 4, 2020

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/20