```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**LEVAR T. HENRY,**

                  **Plaintiffs,**

     **- against -**

**THE CITY OF NEW YORK, ET AL.,**

                  **Defendants.**

**17-cv-3450 (JGK)**

<u>**ORDER**</u>

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The defendants have filed a motion for summary judgment on December 18, 2020. The time to file a response has expired. Nevertheless, the Court extends the time to file a response until **February 12, 2021.** If the plaintiff fails to file a response by that time, the Court will decide the motion based upon the papers already submitted. Defendants may reply by **February 26, 2021.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 26, 2021**

                                              /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                **United States District Judge**