```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
LEVAR T, HENRY,

                    Plaintiff,        17 Civ 3450 (JGK)

      - against -                     ORDER

CITY OF NEW YORK, ET AL.,

                    Defendants.
―――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

The Court extended the time for the plaintiff to respond to the defendants' motion for summary judgment to February 12, 2021. ECF 120. The plaintiff has not responded. Therefore, the Court will decide the motion based on the current papers. The defendants are directed to send a courtesy copy of the papers to the Court.

    SO ORDERED.

Dated:  New York, New York
        February 24, 2021            _____/s/ John G. Koeltl_____
                                              John G. Koeltl
                                     United States District Judge