UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVAR T. HENRY,

            Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

            Defendants.

17-cv-3450 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to attend a telephonic conference on July 27, 2021 at 2:30 p.m. Dial in: (888) 363-4749, with access code 8140049. A copy of this Order will be emailed to the pro se plaintiff at HenryLevar5@gmail.com and mailed to 85 Delray Drive, Mt. Vernon, NY 10552.

    SO ORDERED.

Dated:    New York, New York
            July 19, 2021

                                          John G. Koeltl
                                    United States District Judge