UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Levar T. Henry,
                              Plaintiff,
        -against-
The City of New York et al.,
                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021

1:17-cv-03450 (JGK)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, August 23, 2021 at 2:30 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

The City shall make the appropriate arrangements necessary for Plaintiff to be available for the conference. If a Court Order is required, the City shall submit a proposed Order to the Court sufficiently in advance of the conference to allow Plaintiff's appearance to be effectuated.

**SO ORDERED.**

Dated:    New York, New York
          August 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge