```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LEVAR HENRY,

                                                Plaintiff,    **ORDER TO PRODUCE**
                                                                     **INMATE FOR SETTLEMENT**
          -against-                                         **CONFERENCE**

CITY OF NEW YORK, et al.,

                                                17 Civ. 3450 (JDK) (SDA)
                                           Defendants.

------------------------------------------------------------------x

**THE HONORABLE STEWART D. AARON, United States Magistrate Judge:**

       Upon application of Defendants to produce Plaintiff Levar Henry, an inmate at Westchester County Correction located at 10 Woods Road, Valhalla, New York 10595, the Court having ordered a settlement conference take place at 2:30 PM on Monday, August 23, 2021 and ordered that Plaintiff Levar Henry appear by telephonic conference means, ECF No. 135:

       **IT IS HEREBY ORDERED**: that the Superintendent, Warden, or other official in charge of Westchester County Correction located at 10 Woods Road, Valhalla, New York 10595 produce inmate Levar Henry at a location within the facility for his participation in a settlement conference by telephone at 2:30 PM on Monday, August 23, 2021 and for so long thereafter as the settlement conference continues, and that Plaintiff Levar Henry appear by telephonic means in such a place designated by the Superintendent, Warden, or other official in charge of Westchester County Correction, so that he may participate in the settlement conference.

Dated: New York, New York
          August 10, 2021

                                                                _____
                                                                HON. STEWART D. AARON
                                                                UNITED STATES MAGISTRATE JUDGE