```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LEVAR HENRY,
                Plaintiff,        17 Civ. 3450 (JGK)

    - against -              ORDER

CITY OF NEW YORK ET AL.,
                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court will hold a conference on October 6, 2021, at 10:00am. All outstanding matters can be dealt with at that conference. Meanwhile, the parties are urged to cooperate with respect to the production of any remaining agreed-upon discovery.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 1, 2021**

                                        /s/John G. Koeltl
                                          **John G. Koeltl**
                            **United States District Judge**