**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEVAR T. HENRY, *Plaintiff*, - against - THE CITY OF NEW YORK, et al., *Defendants*. | No. 17-cv-3450 (JGK) (SDA) |

## PLAINTIFF'S NOTICE OF MOTION IN LIMINE

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon all prior papers and proceedings had herein, in anticipation of trial, Plaintiff Levar Henry, by his undersigned attorneys, hereby respectfully moves this Court, before the Honorable Judge John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Room 14A, New York, N.Y. 10007-1312, on a date and time set by the Court for an order precluding the introduction of certain evidence and permitting certain practices as delineated in Plaintiff's memorandum of law filed herewith and for such other and further relief as the Court may deem just and proper.

Dated: New York, N.Y.
September 3, 2021

Respectfully submitted,

/s/   *Arianna Markel*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Gregory F. Laufer
Arianna Markel
Ameya S. Ananth
Tamar Holoshitz
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
glaufer@paulweiss.com
amarkel@paulweiss.com
aananth@paulweiss.com
tholoshitz@paulweiss.com

*Attorneys for Plaintiff*