

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**BRACHAH GOYKADOSH**
*Senior Counsel*
bgoykado@law.nyc.gov
Phone: (212) 356-3523
Fax: (212) 356-1148

September 30, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Levar Henry v. City of New York, et al.*, No. 17 Civ. 3450 (JGK)

Your Honor:

   I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and an attorney assigned to the defense in this matter. In that capacity, I write to respectfully request that the final pre-trial conference be adjourned.

   Trial is scheduled to commence in this case on November 30, 2021. ECF No. 133. A final pre-trial conference is currently scheduled for Friday, October 22, 2021 at 4:30 P.M. ECF No. 133. Now, defendants request an adjournment of the final pre-trial conference. The reason for this request is that the undersigned is a Sabbath observer and must travel home well before sundown on Friday afternoons. A final pre-conference scheduled for so late on a Friday afternoon may pose a conflict with this religious observance. Plaintiff consents to this request, which is the first of its kind. The parties have conferred and would both be available for a final pre-trial conference anytime on October 20, 2021; during the morning of October 29, 2021; anytime on November 1, 2021; and anytime on November 3, 2021. This request will not impact any other scheduled dates or deadlines.

   Therefore, defendants respectfully request that the Court adjourn the final pre-trial conference currently scheduled for Friday, October 22, 2021 at 4:30 P.M. to any of the above-mentioned times, or to any other time convenient for the Court.

   Thank you for your consideration herein.

Respectfully submitted,

/s/ Brachah Goykadosh

Brachah Goykadosh
*Senior Counsel*
Special Federal Litigation Division

*[Handwritten note from the Court:]* The 10/22/21 conference is adjourned to 11/3/21 at 3:00 P.M. The 10/6/21 conference is canceled. So ordered. /s/ John G. Koeltl U.S.D.J. 9/30/21