UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Levar T. Henry,

                          Plaintiff,

-against-

The City of New York et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

1:17-cv-03450 (JGK) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, November 19, 2021, at 11:00 a.m. EST to address Plaintiff's Letter Motion to Seal dated November 8, 2021 (ECF No. 172) and Letter Motion to Compel dated November 8, 2021 (ECF Nos. 176-77). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
             November 12, 2021

                                           _____
                                           STEWART D. AARON
                                           United States Magistrate Judge