UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVAR T. HENRY,
              Plaintiff,

   - against -                   17-cv-3450 (JGK)

THE CITY OF NEW YORK, ET AL.,      ORDER
             Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed in today's conference, the parties should submit an amended joint pre-trial order by Thursday, December 2, 2021.

SO ORDERED.

Dated:    New York, New York
          November 30, 2021

                                        John G. Koeltl
                                United States District Judge