## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LEVAR T. HENRY,

<em>Plaintiff,</em>

- against -

No. 17-cv-3450 (JGK) (SDA)

CITY OF NEW YORK, et al.,

<em>Defendants.</em>

### [PROPOSED] ORDER ALLOWING TRIAL ATTIRE FOR PLAINTIFF LEVAR HENRY

Upon the request of Plaintiff Levar Henry, by and through his counsel, and with good cause shown, it is hereby:

**ORDERED** that the United States Marshals Service shall accept the following items of clothing for Levar T. Henry (JID#: 0000262842) to wear for the trial in this matter to be held on December 8, 2021 (or any subsequent start date), and each day, until it is concluded:

1. 3 button-down shirts;

2. 2 undershirts;

3. 1 suit jacket;

4. 1 pair of suit pants;

5. 1 belt;

6. 2 ties;

7. 1 pair of dress socks; and

8. 1 pair of dress shoes.

**SO ORDERED:**

DATED: _____12/3_____, 2021
           New York, NY

Hon. John G. Koeltl
United States District Judge