UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVAR T. HENRY,

          *Plaintiff*,

- against -

CITY OF NEW YORK, et al.,

          *Defendants.*

No. 17-cv-3450 (JGK) (SDA)

---

### [PROPOSED] ORDER ALLOWING TRIAL ATTIRE FOR NON-PARTY WITNESS EDWARD GOLDFADEN

Upon the request of Plaintiff Levar Henry, by and through his counsel, and with good cause shown, it is hereby:

**ORDERED** that the United States Marshals Service shall accept the following items of clothing for Edward Goldfaden (DIN# 21-A-1941) to wear for the trial in this matter to be held on December 8, 2021, until his testimony has concluded:

1. 1 button-down shirt;
2. 1 undershirt;
3. 1 belt;
4. 1 pair of dress socks; and
5. 1 pair of dress slacks.

**SO ORDERED:**

DATED: __12/3__, 2021
New York, NY

_____
Hon. John G. Koeltl
United States District Judge