```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

LEVAR T. HENRY,

              Plaintiff,

   - against -                17-cv-3450 (JGK)

THE CITY OF NEW YORK, ET AL.,        <u>ORDER</u>

              Defendants.

─────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should be in Courtroom 14A by 9:00 a.m. on Monday, December 13.

**SO ORDERED.**

Dated:   New York, New York
           December 11, 2021

                                  <u>/s/ John G. Koeltl</u>
                                     John G. Koeltl
                             United States District Judge