UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEVAR T. HENRY,

                Plaintiff,                        17 **CIVIL** 3450 (JGK)

        -against-                          **JUDGMENT**

GARY PEREZ, RANDY FIGUEREO,
CARLOS PIMENTEL, CARLOS THOMAS
and JUAN CARRERO,
                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, the jury having returned a verdict in favor of Defendants Perez, Figuereo, Pimentel, Thomas and Carrero; and the Complaint is hereby dismissed.

**DATED:** New York, New York
             December 15, 2021

                                                                **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

**So Ordered:**                                           **BY:**    K. Mango

                                                                 **Deputy Clerk**
U.S.D.J.