UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Levar Henry,

                Plaintiff,

-against-

The City of New York, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

1:17-cv-03450 (JGK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The Court has reviewed Defendants' letter and proposed redactions to certain documents and accompanying exhibits that previously were filed to the ECF docket, including ECF Nos. 157, 159-1, 172, 175-1, 177, 179, 198, 200, 201, 203, 204, 206, 215, 216, 221, 222, and 222-1. (*See* Defs.' 2/17/22 Ltr., Exs. 1 to 12, ECF No. 277 (redacted versions), ECF No. 278 (unredacted versions).) Based upon its review, the Court hereby approves the proposed redactions, finding such redactions to be consistent with controlling Second Circuit authority. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

Dated:     New York, New York
             February 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge